**In the United States District Court
for the District of Kansas**

―――――――――

Case No. 21-cv-01289-TC-TJJ

―――――――――

ANGELICA AYERS, ET AL.,

*Plaintiffs*

v.

ASCENSION HEALTH ALLIANCE,

*Defendant*

―――――――――

**ORDER**

Plaintiffs filed this suit on December 13, 2021. Doc. 1. Months passed without record of summons issuance, service, or waiver of service. The Court issued an order to show cause for why the action should not be dismissed for failure to comply with Fed. R. Civ. P. 4(m). Doc. 4. In their response to that order, Plaintiffs represented that they were under the mistaken impression that those procedural requirements had been met. Doc. 5. The Court gave Plaintiffs another chance, directing that service be completed by April 29, 2022. Doc. 6. That deadline has passed without any action by Plaintiffs to prosecute this suit.

IT IS THEREFORE ORDERED that the complaint, Doc. 1, is dismissed in its entirety without prejudice.

Date:  May 6, 2022                    s/ Toby Crouse
                                      Toby Crouse
                                      United States District Judge